1

2

3

4

5              UNITED STATES DISTRICT COURT

6                 DISTRICT OF NEVADA

7                       * * *

8    VAFA SHAMSAI-NEJAD,            )
                                    )
9              Plaintiff,           )        2:12-cv-0538-KJD-RJJ
                                    )
10   vs.                            )
                                    )
11   CAM FERENBACH,                 )        O R D E R
                                    )
12             Defendant,           )
     _____ )

13
14        This matter is before the Court on an Application to Proceed in District Court Without

15   Prepaying Fees or Costs (#1).

16        The Court having reviewed the Application (#1) and the proposed complaint attached

17   thereto and good cause appearing therefore,

18        IT IS HEREBY ORDERED that a status hearing is scheduled for May 16, 2012, at 9:00

19   AM in courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd.

20   So., Las Vegas, Nevada.

21        IT IS FURTHER ORDERED that only Vafa Shamasai-Nejad,  is required to appear in

22   Court for this hearing. Plaintiff is advised that failure to appear for this hearing may result in a

23   recommendation that this case be dismissed.

24        IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the

25   Plaintiff by certified mail, return receipt requested.

26        DATED this   19th   day of April, 2012

27

28                                   _____
                                     ROBERT J. JOHNSTON
                                     United States Magistrate Judge