UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| VAFA SHAMSAI-NEJAD, | )<br>) |
| Plaintiff, | )   2:12-cv-0538-KJD-RJJ<br>) |
| vs. | )<br>) |
| CAM FERENBACH, | )   O R D E R<br>) |
| Defendant, | ) |

This matter is before the Court on an Application to Proceed in District Court Without Prepaying Fees or Costs (#1).

The Court having reviewed the Application (#1) and the proposed complaint attached thereto and good cause appearing therefore,

IT IS HEREBY ORDERED that a status hearing is scheduled for May 16, 2012, at 9:00 AM in courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

IT IS FURTHER ORDERED that only Vafa Shamasai-Nejad, is required to appear in Court for this hearing. Plaintiff is advised that failure to appear for this hearing may result in a recommendation that this case be dismissed.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the Plaintiff by certified mail, return receipt requested.

DATED this   19th   day of April, 2012

_____
ROBERT J. JOHNSTON
United States Magistrate Judge