UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| VAFA SHAMSAI-NEJAD, ) <br> ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CAM FERENBACH, ) <br> ) <br> ) <br> ) <br> Defendant, ) <br> ) | 2:12-cv-0538-KJD-RJJ <br><br> REPORT & RECOMMENDATION <br> OF UNITED STATES <br> MAGISTRATE JUDGE |

This matter is before the Court on the failure of Plaintiff, Vafa Shamsai-Nejad, to appear at the status hearing scheduled for May 16, 2012.

The Court having reviewed this matter hereby makes the following findings:

1. On April 19, 2012, the Court entered an Order (#2) scheduling a status hearing in this case for May 16, 2012.

2. The Order (#2) was served on the Plaintiff, Vafa Shamsai-Nejad, by United States Postal Service Certified Mail. *See*, Certified Mail Receipt (#3).

3. The Certified Order was signed for by the Plaintiff, Vafa Shamsai-Nejad, on April 20, 2012. *See*, Signed Return of Certified Mail Receipt (4).

4. Plaintiff, Vafa Shamsai-Nejad, did not appear at the hearing on May 16, 2012. Further, Plaintiff did not seek a continuance or provide a reason for his failure to appear.

5. The Court has reviewed the proposed Complaint attached to the Motion for Leave to Proceed In Forma Pauperis (#1) as Attachment 1. Upon review the Court finds that Plaintiff challenges a decision by a magistrate judge in another case. Plaintiff is unable to amend the proposed complaint to state a valid cause of action.

Based on the foregoing and good cause appearing therefore,

## RECOMMENDATION

IT IS THE RECOMMENDATION of the undersigned Magistrate Judge that this case be **DISMISSED WITH PREJUDICE**.

## NOTICE

Pursuant to Local Rule IB 3-2 [former LR 510-2] any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days after service of this Notice. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. Thomas v. Arn, 474 U.S. 140 (1985), reh'g denied, 474 U.S. 1111 (1986). This Circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991); Britt v. Simi Valley United Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983).

DATED this  24th  day of May, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge