# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

VAFA SHAMSAI-NEJAD,

    Plaintiff,

v.

CAM FERENBACH,

    Defendant.

Case No. 2:12-CV-00538-KJD-RJJ

**ORDER**

    Before the Court for consideration is the Report and Recommendation (#5) of Magistrate Judge Robert J. Johnston entered May 24, 2012, recommending that Plaintiff's action be dismissed with prejudice for failing to state a claim under Federal Rule of Civil Procedure 12(b). Though the time for doing so has passed, Plaintiff has failed to file any objections to the Report and Recommendation.

    The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation (#5) of the United States Magistrate Judge entered May 24, 2012, should be **ADOPTED** and **AFFIRMED**.

///

///

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#5) entered May 24, 2012, are **ADOPTED** and **AFFIRMED**,

IT IS FURTHER ORDERED that Plaintiff's action is **DISMISSED with prejudice.**

DATED:  June 18, 2012.

_____
Kent J. Dawson
United States District Judge